**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01781-CMA-MJW

JERRY E. BURNELL, and
CHERI L. BURNELL,

      Plaintiffs,

v.

C.R. ENGLAND, INC.,

      Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

      This matter is before the Court on the parties' Stipulation for Dismissal With

Prejudice (Doc. # 14).  The Court having reviewed the Stipulation and having been

advised in the premises, it is hereby

      ORDERED that said Stipulation is approved and this matter is hereby

DISMISSED WITH PREJUDICE, each party to pay his, her or its own costs.

      DATED:  April __8__, 2009

                                  BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge